```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    ANDREW T. PRIBE (CA SBN: 254904)
 4  Assistant United States Attorney
       Room 7211, Federal Building
 5     300 N. Los Angeles Street
       Los Angeles, California  90012
 6     Telephone:  (213) 894-4850
       Facsimile:  (213) 894-0115
 7     E-mail: andrew.t.pribe@usdoj.gov

 8  Attorneys for the United States of America,
    Petitioner
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. ED CV 10-744 VAP |
|---|---|
| | ) (FFMx) |
| Petitioner, | ) |
| | ) ORDER TO SHOW CAUSE |
| v. | ) |
| | ) |
| CAROL HYDECHUK, | ) |
| | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn

1 | declaration of the IRS agent who issued the summons); <u>accord</u>,
2 | <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).
3 |     Therefore, **IT IS ORDERED** that Respondent appear before this
4 | District Court of the United States for the Central District of
5 | California, in Courtroom No. ___2___,

6 | ☐    United States Courthouse
7 |        312 North Spring Street, Los Angeles, California, 90012

8 | ☐    Roybal Federal Building and United States Courthouse
9 |        255 E. Temple Street, Los Angeles, California, 90012

10 | ☐    Ronald Reagan Federal Building and United States Courthouse
11 |        411 West Fourth Street, Santa Ana, California, 92701

12 | x    Brown Federal Building and United States Courthouse
13 | ☒    3470 Twelfth Street, Riverside, California, 92501

14 | ☐    _____
15 |        _____

16 | on **JUNE 28, 2010**, at 1:30 _____ p.m.,
17 | and show cause why the testimony and production of books, papers,
18 | records, and other data demanded in the subject IRS
19 | administrative summons should not be compelled.
20 |     **IT IS FURTHER ORDERED** that copies of this Order, the
21 | Petition, Memorandum of Points and Authorities, and accompanying
22 | Declaration be served promptly upon Respondent by any person
23 | authorized pursuant to Federal Rule of Civil Procedure 4(c)(2),
24 | in accordance with the service provisions of Rule 4 of the
25 | Federal Rules of Civil Procedure.
26 |     **IT IS FURTHER ORDERED** that within ten days after service
27 | upon Respondent of the herein-described documents, Respondent
28 | shall file and serve a written response, supported by appropriate

sworn statements, as well as any desired motions.  If, prior to the appearance date set by this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the appearance date set by this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten days after service of the herein-described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

SO ORDERED:  This __19th__ day of  May, 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

        /s/
_____
ANDREW T. PRIBE
Assistant United States Attorney

Attorneys for the United States of America,
Petitioner